COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Joseph Mill and Katy Mills v. GMAC, LLC, US Bank
                         National Association, as Trustee of the RASC 2006KS5 Trust

Appellate case number:   01-11-01104-CV

Trial court case number: 1125950

Trial court:             80th District Court of Harris County

On July 3, 2012, this Court ordered that the above-referenced appeal was stayed due to bankruptcy. *See* 11 U.S.C. § 362(a) (2011); TEX. R. APP. P. 8.1, 8.2. On January 28, 2019, the parties jointly filed a motion to reinstate, stating that the United States Bankruptcy Court had lifted the automatic stay. *See* TEX. R. APP. P. 8.3. The parties therefore request that we reinstate this appeal.

Accordingly, we **grant** appellant's motion and **reinstate** this case on the Court's active docket. *See* TEX. R. APP. P. 8.3(a).

It is so **ORDERED**.

Judge's signature: /s/ Sherry Radack
                         ☒ Acting individually     ☐ Acting for the Court

Date: _February 21, 2019___